THE STATE EX REL. WHITE, APPELLANT, *v.* ENRIGHT,
CLERK OF COURT, ET AL., APPELLEES.

[Cite as *State ex rel. White v. Enright* (1992), 65 Ohio St.3d 481.]

(No. 92–1552—Submitted November 10, 1992—Decided December 11, 1992.)

---

*Arliss White, pro se.*

*Per Curiam.* The judgment of the court of appeals is affirmed. Appellant ignored two notices from the court of appeals to file his brief, and ignored the first notice for more than two months. We find no abuse of discretion in the court's dismissal of the action for want of prosecution under these facts.

*Judgment affirmed.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.